IDA WEISS, Respondent, v. ISIDORE WEISS, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. An order of the Special Term, denying a motion for a reargument, is not appealable. (*Fleischmann* v. *Stern*, 90 N. Y. 110; *Harding* v. *Conlon*, 146 App. Div. 842; *De Lacy* v. *Kelly*, 147 id. 37.) The appeal from the order dated June 2, 1928, granting alimony, was dismissed by this court on October 5, 1928. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

IRVING WILLIAMS, Appellant, v. BEACHLINE DEVELOPMENT CO., INC., Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. Upon the evidence adduced at the inquest it is clear that plaintiff proved his case and was entitled to judgment. The case, however, should be retried and an opportunity given to defendant to present its evidence. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. WALKER and Others, Constituting the Commissioners of the Sinking Fund of the City of New York, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES FREDERICK BROWN, Respondent, v. IRVING LURIE, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CRESCENT SASH, DOOR & LUMBER CO., INC., Respondent, v. SARAH HANSEN and GUDMOND HANSEN, Appellants, and Others, Defendants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

L. EDGAR DETWILER, Respondent, v. LARCHMONT SHORES, INC., and Another, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ATHAN DRITSAS, Respondent, v. SCHENLEY PRODUCTS COMPANY, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.